No. 82–712. IOWA BEEF PROCESSORS, INC. *v.* UNITED FOOD & COMMERCIAL WORKERS, LOCAL NO. 222, AFL–CIO. C. A. 8th Cir. Certiorari denied.

No. 82–717. TERRACE WEST, INC. *v.* CITY OF PLATTS-BURGH, NEW YORK, ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 82–718. STATE FARM MUTUAL AUTOMOBILE INSUR-ANCE, AKA STATE FARM FIRE & CASUALTY CO. *v.* BELL. C. A. 5th Cir. Certiorari denied.

No. 82–721. GABRIEL *v.* MISSOURI PACIFIC RAILROAD COMPANY OF MISSOURI ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–724. CHILDREN OF THE CHIPPEWA, OTTAWA, AND POTAWATOMY TRIBES, ET AL. *v.* REGENTS OF THE UNI-VERSITY OF MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 82–760. BALEJKO ET AL. *v.* MILTON HOSPITAL, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 82–764. WHITE ET AL. *v.* COMMISSIONER OF INTER-NAL REVENUE. C. A. 9th Cir. Certiorari denied. ■

No. 82–789. WILKETT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 82–802. MARTIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.